UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FONG,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 14-cv-05145-RS<br><br>**ORDER EXTENDING TIME TO FILE OPPOSITION** |

In light of his request, *pro se* plaintiff Raymond Fong is hereby granted additional time to file his opposition to defendant California Franchise Tax Board's motion to dismiss. His opposition shall be due on Friday, February 27, 2015. If defendant wishes to file a reply, it shall be due seven days thereafter pursuant to Local Rule 7-3(c), on March 10, 2015. The hearing on this motion, is accordingly, rescheduled from March 12, 2015 to March 26, 2015.

**IT IS SO ORDERED**.

Dated: February 10, 2015

_____
RICHARD SEEBORG
United States District Judge